

**FILED**

JUL 1 6 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee

United States of America )
v. )
) Case No. 3:26-MJ-**1437**
GARRY LEE WILLIAMS )
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____May 20, 2026 to Present_____ in the county of _____Knox_____ in the
_____Eastern_____ District of _____Tennessee_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate threats to injure another person or persons |

This criminal complaint is based on these facts:

See Affidavit of FBI Special Agent Amy L. Chandler attached hereto and fully incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Amy L. Chandler, FBI Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __7/16/2026__

_____
*Judge's signature*

City and state: _____Knoxville TN_____

Debra C. Poplin, United States Magistrate Judge
_____
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:26-MJ-1437 |
| | ) | |
| GARRY LEE WILLIAMS | ) | |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A COMPLAINT WARRANT

I, Amy L. Chandler, a Special Agent with the Federal Bureau of Investigation (FBI),

Nashville Division, being first duly sworn, hereby depose and state as follows:

1.      I have been employed as a Special Agent with the FBI since April 11, 2010, and

am currently assigned to the Nashville Division, Knoxville Resident Agency, Joint Terrorism

Task Force (JTTF). My duties include, among other things, the investigation of violent crimes

and crimes against children.  While employed with the FBI, I have investigated and participated

in investigations involving federal criminal violations related to violent crimes and major crimes

occurring within Indian Country, the North Dakota Internet Crimes Against Children (ICAC)

Task Force, CSAM, child exploitation, human trafficking, sexual assault, sexual abuse of minors,

homicides, drug offenses, and other violent crimes.

2.      Prior to being employed as a Special Agent, I was an Assistant State Attorney for

the 9th Judicial Circuit for Orange and Osceola Counties in Florida for more than four years.

During that time, I reviewed, charged, and prosecuted criminal cases involving crimes against

children, CSAM, sexually based offenses, homicides, violent crimes, and drug offenses.

3.      As a Federal Agent, I am authorized to investigate violations of law of the United

States, and to execute warrants issued under the authority of the United States.

4. This Affidavit is in support of an application for an arrest warrant for GARRY LEE WILLIAMS.

5. The statements contained in this Affidavit are based in part on: information provided by other agencies, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation; and my experience, training, and background as a Special Agent with the FBI. Because this Affidavit is being submitted for the limited purpose establishing probable cause to believe that GARRY LEE WILLIAMS, committed the below-described offense, I have not included every detail of the investigation. In addition, unless otherwise indicated, all statements contained in this Affidavit are summarized in substance and in part. The following is true to the best of my knowledge and belief.

6. As will be shown below, there is probable cause to believe that GARRY LEE WILLIAMS committed violations of 18 U.S.C. § 875(c) – Interstate communications containing threats to injure the person of another.

## JURISDICTION AND LEGAL AUTHORITY

7. In pertinent part, 18 U.S.C. § 875(c), makes it a federal crime or offense for any person to transmit in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another. As shown below, this Affidavit focuses on GARRY LEE WILLIAMS's interstate communications to threaten to injure other people, including government and law enforcement officials.

## BACKGROUND OF THE INVESTIGATION

8. On or about May 20, 2026, the FBI received a complaint from an individual, B.H., in Georgia reporting that a user on TikTok associated with TikTok account @trouble8650 was making threats online. TikTok is a social media company operating the United States and

based in California. The complainant described the user as a male, approximately 40 to 50 years of age, with tattoos. The user threatened multiple government officials and had posted prior threats on his account threatening to attack people in Tennessee and that he was going to kill people's children.

9. The above TikTok account was found to be associated with GARRY LEE WILLIAMS, a resident of Knoxville, Tennessee. Local law enforcement has had several encounters with WILLIAMS. Additionally, WILLIAMS's criminal history indicates prior felony convictions for aggravated robbery and aggravated assault.

10. On or about May 20, 2026, I and other FBI personnel reviewed WILLIAMS's TikTok account and found videos with statements like **"have fun in the grave…I'll have my machete."** WILLIAMS also posted an image of himself with the following communication:



WILLIAMS also posted, **"All you corrupt politicians on this list kiss your family goodbye hope that blood money on my life was worth it. Look over ur shoulders day and night, worry bout ur kids or grandkids at school not knowing if I'm around. I will get justice either thru court or myself putting you in the grave. Screen shot this send to sheriff tom Spangler chief Paul noell Knoxville Tenn, they bleed too #No justice no peace # I maybe homeless from being targeted but I can get machete easily # I rather get your blood on me more satisfying cowards."** The background of this post included the names of what appeared to be local politicians and government officials. WILLIAMS included the images and names of individuals identified in his threats, to include Knox County Sheriff Tom Spangler, Knoxville Police Chief Paul Noel, and Knox County Criminal Court Judge Hector Sanchez.

11. On or about May 20, 2026, I submitted an emergency disclosure request for information pertaining to TikTok account @trouble8650. TikTok advised the account was created in or about December 2025 and was associated with telephone number (865) 343-5989. That telephone number is associated with individuals believed to be related to WILLIAMS that reside near North Broadway/Maynardville Pike.

12. On or about May 24, 2026, law enforcement made contact with WILLIAMS about the threats made on TikTok. WILLIAMS acknowledged he made the threatening statements on social media. WILLIAMS denied he had any intentions or plans of initiating harm or acts of violence on others but expressed his firm belief that corrupted government officials/politicians and the like need to be held accountable for their criminal actions. Law enforcement confirmed WILLIAMS appeared to be homeless and residing in his vehicle.

13. On or about May 28, 2026, Knoxville County Sheriff's Office (KCSO) provided SA Chandler with reports detailing prior contacts KCSO had with WILLIAMS. On or about August 7, 2025, KCSO had contact with WILLIAMS on North Broadway in Knoxville after he made threatening statements on social media. WILLIAMS told law enforcement it was his First Amendment right to make such statements. In or about April 2026, KCSO again had contact with WILLIAMS on North Broadway in Knoxville, Tennessee after concerning posts were made on social media. WILLIAMS became defensive and standoffish with law enforcement during that encounter.

14. On or about July 28, 2025, the FBI received a complaint advising that WILLIAMS was making threats against politicians, as well as local and federal law enforcement officers, on Facebook. WILLIAMS was known to be staying in his truck in the Fountain City area of Knoxville at the time.

15. On multiple occasions in June and July 2026, I conducted surveillance at Casey's gas station located at 4800 North Broadway, Knoxville, Tennessee 37918 and observed a gold-colored Nissan SUV backed into a parking space against a fence making the license plate not visible in the parking lot. A gold-colored Nissan Rogue bearing Tennessee license plate 738BQGT is registered to GARRY LEE WILLIAMS.

16. On or about June 26, 2026, I and another FBI Special Agent attempted to locate and interview WILLIAMS at the same Casey's gas station. The gold-colored Nissan was parked in the parking lot; however, WILLIAMS was not in his vehicle or in the gas station. I and another agent conducted surveillance for approximately over one hour but never observed WILLIAMS in the area.

17. On or about June 25, 2026, a federal search warrant was signed in the Eastern District of Tennessee for information pertaining to TikTok account @trouble8650. The warrant was served on TikTok on or about June 26, 2026.

18. On or about June 29, 2026, I telephonically interviewed the complainant, B.H. B.H. reported he/she contacted the FBI after seeing approximately three TikTok videos posted by a male approximately 20 minutes after a video was posted online. That was the first time B.H. ever saw any videos by the male. B.H. did not know the male in the videos. B.H. noticed there were not any likes or comments on the video and felt obligated to report the video because he/she was shocked by what he/she saw. The video B.H. saw depicted the male threatening politicians and other individuals. B.H. did not save the video but still had a screenshot of the video that was reported and provided a screenshot of that video to me. The screenshot, as referenced above, depicted WILLIAMS with his head shaved and the comments about being ready for the electric chair.

19. On or about June 29, 2026, I attempted to contact WILLIAMS by phone at three different telephone numbers previously associated with WILLIAMS to no avail.

20. On or about July 10, 2026, TikTok provided the content pertaining to account @trouble8650 pursuant to the federal search warrant that had been served on or about June 26, 2026. I downloaded the content on or about July 11, 2026. TikTok reported the account username was trouble8650 and was created with an Apple iPhone 12 on or about December 29, 2025 at 08:00:57 UTC, with IP address 174.177.92.200, and telephone number (865) 343-5989. Below is a summary of some of the images, videos, and comments posted on TikTok by WILLIAMS:

a. In at least two of the videos provided by TikTok, WILLIAMS's face is visible in the videos, and he identifies himself as GARRY WILLIAMS from Knoxville, Tennessee.

b. WILLIAMS posted multiple images and videos on TikTok expressing frustration with local and federal law enforcement and politicians, including Knox County Sheriff Tom Spangler, Knoxville Police Chief Paul Noell, Knox County Judge Hector Sanchez, President Donald Trump, and FBI Director Kash Patel. Some of the images of Sheriff Spangler and Chief Noel had handgun emojis pointed at their heads added to their images. As depicted below, in one such image of Sheriff Spangler posted by WILLIAMS on or about April 19, 2026, WILLIAMS wrote in part, **"Remember coward eye for an eye you or your family…That badge or police force don't scare me we can all die[.]"**



c. On or about May 20, 2026, WILLIAMS posted the image previously discussed above in the initial complaint with his head shaved for the electric chair for when he starts killing cowards in Knoxville, Tennessee and that **"no one is safe when I start."**

d. On or about March 31, 2026, WILLIAMS posted in part, **"What y'all think about bombs in the mail? I love explosions so easy to make and mail...I can also go into ur hospitals and court houses gonna cost you money having to**

Case 3:26-mj-01437-DCP    Document 3    Filed 07/16/26    Page 9 of 14    PageID #: 27

shut down knox county court and Tennessee federal court looking for bombs. No accountability no peace better do yalls job and speak truth / facts it's gonna cost you if not. Kill President trump, CIA, FBI kash Patel the tweaker any police covering up for these government pedophiles. Death to all you cowards[.]"

e. In one of the posts made by WILLIAMS on or about May 5, 2026, he appeared to complain about damage to his vehicle. WILLIAMS stated he was at the above-mentioned Casey's gas station on Broadway in Knoxville, Tennessee. WILLIAMS wrote in part in the post, **"Let's play in blood cowards I'm ready always solo ready to die are you coward ass."**

f. On or about March 30, 2026, WILLIAMS wrote in part in a post, **"I'll arrange a meeting so God can send you straight to HELL # kill president Trump # Head of FBI kash patel# Kill CIA and any police protecting these cowards you can die with the ones paying you that blood money[.]"**

g. On or about March 27, 2026, WILLIAMS appeared to make a post in response to a prior post being removed and wrote in part, **"president Trump I'm gonna get you and all your buddies…I want your heads off your shoulders, send all law enforcement you want to they can go too…"**

h. In another post, WILLIAMS wrote in part after complaining about Sheriff Spangler and Chief Noel, **"Come get me we all can kneel before God. I'm ready to die for what's right just make sure y'all are as well…That fake corrupt badge don't mean shit to me[.]"**

i. In another image provided by TikTok, on or about February 11, 2026, WILLIAMS made physical threats to kill President Trump and FBI Director Patel, writing in part, **"Should be hung or firing squad wouldn't have to worry bout incest pedo president Trump and bottom boy kash Patel head of corrupt FBI giving clemency. Kill them all for all the kids harmed, I want everyone on that list dead…step down president Trump or get layed down[.]"**

j. In another image that appeared to be posted on or about March 14, 2026 by WILLIAMS, WILLIAMS's face is visible in the background of the image, and WILLIAMS further threatened President Trump, his son Barron Trump, and FBI Director Kash Patel, including advising President Trump to "wear a vest," writing in part, **"Child predator Trump and bottom boy FBI puppet kash Patel I'm comin for you both rot and die slow. Trump better wear you a vest as well be good example one time in your pitiful existence for son Barron I like his he wears as well. Y'all didn't care bout me or my kids so it's fuck u and your kids all involved # Die slowly cowards[.]"** Prior to this statement in the post, WILLIAMS wrote, **"sheriff Tom Spangler and chief Paul Noel both dead men walking[.]"**

k. On or about March 30, 2026, WILLIAMS wrote in part on a "PhotoPostCaption" on TikTok, **"President Trump that vest you got son Barron wearing don't protect from head shot or napalm[.]"**

l. On or about January 15, 2026, WILLIAMS also posted the following "promise",

> This isn't a threat it's a promise Mr President Trump , kash Patel, corrupt politicians, corrupt judiciary system, corrupt law enforcement. I've done everything I can to get y'all to do your job . This has went on long enough with your organized secret societies cover up . When y'all start having to close federal buildings, college campuses, Catholic Churches, Muslim synagogue, court houses costing y'all money then you might take me a little more seriously. No one cares bout me or my kids so I don't give a fuck bout yours. If closing down your buildings losing money don't work then we can go to plan B and let the fire works begin. This isn't a threat it's a promise mr Trump and for your Masonic lodges . Fuck around and find out I'm ready to die for what's right . God walks with me I have no fear no fear what's so ever . So kiss your kids good bye make sure that blood money you recieve to cover up crimes is enough to take care of your rotten blood lineage # Tom soangler# Paul noell 🙂 👺

m. In a video posted by WILLIAMS on or about May 19, 2026, he wrote in part,

**"Kash a fake FBI director, off with your head…"**

n.  In a video posted by WILLIAMS on or about April 23, 2026, WILLIAMS wrote in part, **"don't worry bout me I'm at peace if I live or die but I will take as many as I can with me[.]"**

o.  In a video posted by WILLIAMS on or about April 16, 2026, he asks where all the tough gang members are.  WILLIAMS directs his statements in the video towards them and says they need to make their **"kill count"** and they need to kill police officers, government officials, CIA, FBI, ICE, politicians, Marshals, judges, lawyers, and local government.  WILLIAMS stated he would lead the way.  He just needs guns and ammo.  WILLIAMS stated he would start with the Knox County Sheriff and Knoxville Police Chief.  WILLIAMS is already dead and he will lead the way to Washington.

p.  On or about May 20, 2026, WILLIAMS posted an image with what appeared to be the names of local politicians in the Knoxville, Tennessee area and wrote in part, **"All you corrupt politicians on this list kiss your family's goodbye...Look over ur shoulders day and night, worry bout ur kids or grandkids at school not knowing if I'm around.  I will get justice either thru court or myself putting you in grave...I can get machete easily # I rather get your blood on me more satisfying cowards[.]"**

21.  From on or about July 13, 2026 through July 15, 2026, at various times, SA Chandler conducted drive-by surveillance at the Casey's gas station on North Broadway in Knoxville. The gold-colored Nissan was no longer parked at or in the vicinity of the gas station.

## <u>CONCLUSION</u>

22.     Based on the facts set forth above, I believe there is probable cause to arrest

GARRY LEE WILLIAMS.  I respectfully request that the Court issue a warrant for the arrest of

GARRY LEE WILLIAMS for his multiple interstate communications to kill local and national

government leaders, as well as their families, in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

Amy Chandler
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on July 16 , 2026.

HONORABLE DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE