

FILED

JUL 1 6 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

UNITED STATES OF AMERICA )
)
v. ) No. 3:26-MJ-1437
)
)
GARRY LEE WILLIAMS )

## ORDER TO SEAL

Upon motion of the United States and for good cause shown, the Court hereby orders that the Criminal Complaint and this case be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Criminal Complaint prior to sealing.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE