**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

UNITED STATES OF AMERICA    )
                                  )
     v.                        )     No. 3:26-MJ-1437
                                  )     Judge Poplin
GARRY LEE WILLIAMS        )

## MOTION TO UNSEAL

The United States of America, by and through the United States Attorney for the Eastern

District of Tennessee, hereby files this motion to unseal the Complaint as to the above-

referenced defendant.  For cause, the United States asserts that the original basis justifying the

Court's sealing order no longer exists.

Respectfully submitted, this the 17th day of July 2026.

                                          FRANCIS M. HAMILTON III
                                        UNITED STATES ATTORNEY

By:    *s/David P. Lewen, Jr.*
          David P. Lewen, Jr.
          Assistant United States Attorney
          TN BPR #042915
          800 Market Street, Suite 211
          Knoxville, Tennessee 37902
          (865) 545-4167
          Email: david.lewen@usdoj.gov